VILLAGE OF SAVONA, Respondent, v KNIGHT SETTLEMENT SAND & GRAVEL, INC., Appellant. [634 NYS2d 274] —Order unanimously reversed on the law without costs, motion denied, preliminary injunction vacated and amended complaint dismissed. Memorandum: We agree with defendant that the blanket ban on mining in plaintiff's Local Laws, 1970, No. 1 is invalid *(see, Matter of Gernatt Asphalt Prods. v Town of Sardinia,* 208 AD2d 139, 149-150, *lv granted* 86 NY2d 707). Dismissal of the amended complaint, which seeks to enforce Local Law No. 1 of 1970, is therefore required. (Appeal from Order of Supreme Court, Steuben County, Purple, Jr., J.—Preliminary Injunction.) Present—Pine, J. P., Lawton, Wesley, Davis and Boehm, JJ.